# United States District Court

WESTERN DISTRICT OF WASHINGTON

MICHAEL J. LESH

      v.

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5462RBL

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

The ALJ erred in his decision as described in the report; and

This matter is REVERSED and REMANDED to the administration for an award of appropriate benefits.

   June 2, 2008                                                BRUCE RIFKIN
Date                                                                  Clerk

                                                                                             *s/CM Gonzalez*
                                                                                                       Deputy Clerk