United States District Judge RONALD B. LEIGHTON

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

9
10

MICHAEL J LESH,                                    )
                                                   )   CIVIL NO. C07-5462RBL
                         Plaintiff,                )
                                                   )   ORDER FOR EAJA FEES, COSTS AND
vs.                                                )   EXPENSES
                                                   )
MICHAEL J. ASTRUE,                                 )
Commissioner of Social Security,                   )
                                                   )
                                                   )

11
12
13
14
15

16       THIS MATTER having come on regularly before the undersigned upon by Plaintiff's

17   Motion to Award EAJA Fees, Costs, and Expenses, the Defendant not opposing said motion, and

18   the Court agreeing that EAJA fees, costs, and expenses should be awarded, good cause having

19   been shown, now, therefore, it is hereby

20       ORDERED that Plaintiff, payable to Plaintiff's attorney Elie Halpern, is hereby awarded

21   EAJA fees of $1,057.02 and expenses of $58.68 pursuant to 28 U.S.C. §2412 and costs of $38.6

22   as set out at 28 U.S.C. §1920 and Plaintiff, payable to Plaintiff's attorney Victoria Chhagan, is

23   hereby awarded EAJA fees of $4,536.03 pursuant to 28 U.S.C. §2412.

24
25

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C07-5462RBL] - 1

1    DATED this 10th day of July, 2008.

2

3                        _____

4                        RONALD B. LEIGHTON
                          UNITED STATES DISTRICT JUDGE

5  Presented by:

6

7  S/ELIE HALPERN_____
    ELIE HALPERN

8  Attorney for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C07-5462RBL] - 2

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055